IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ZACHARIAH LEE ZELK**                                                                                     **PLAINTIFF**

V.                                             CASE NO. 3:25-CV-3050

**SHERIFF JOHN MONTGOMERY,**
Baxter County, Arkansas;
**JAIL ADMINISTRATOR TABITHA MAZE,**
Baxter County Detention Center (BCDC);
**LPN SHERRI HILTON, BCDC;**
**RN ALISHA COOPER, BCDC; and**
**SERGEANT ALMA BROWN, BCDC**                                                              **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 12) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and neither party has filed objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. Pursuant to 28 U.S.C. § 1915A(b)(1), **IT IS ORDERED** that: (1) all claims against Defendants RN Alisha Cooper and Sergeant Alma Brown are **DISMISSED** for failure to state a claim upon which relief may be granted; and (2) Plaintiff's claim for a violation of his First Amendment right of access to the courts is **DISMISSED** for failure to state a claim upon which relief may be granted. This leaves for later resolution Plaintiff's claims regarding deprivation of medical care, unconstitutional conditions of confinement, and restrictions on communication with the outside world. By separate order the amended complaint will be served on Defendants Montgomery, Maze, and Hilton.

This case should remain referred to the Magistrate Judge.

**IT IS SO ORDERED** on this 16th day of September, 2025.

>*/s/ Timothy L. Brooks*
>TIMOTHY L. BROOKS
>UNITED STATES DISTRICT JUDGE