**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**ZACHARIAH LEE ZELK** **PLAINTIFF**

**V.** **CASE NO. 3:25-CV-3050**

**SHERIFF JOHN MONTGOMERY,**
**Baxter County, Arkansas;**
**JAIL ADMINISTRATOR TABITHA MAZE,**
**Baxter County Detention Center (BCDC);**
**and LPN SHERRI HILTON, BCDC** **DEFENDANTS**

# ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 52) filed in this case on August 26, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 15th day of September, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE